1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.
7

*ORIGINAL FILED*
*08 JAN 17 PM 1:14*
*RICHARD W. WIEKING*
*U.S. DISTRICT COURT*

*ADR*
*E-FILING*

## UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No. C 08 00322 |
| Plaintiff, | CERTIFICATION AS TO INTERESTED PARTIES |
| vs. | |
| PAMELA M. TEJADA and RICARDO R. TEJADA, INDIVIDUALLY and d/b/a KADOK'S HOUSE OF MAMI-SIOPAO & BBQ, | |
| Defendants. | |

The undersigned, counsel of record for Plaintiff, J & J Sports Productions, Inc. certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

## PARTIES

*Plaintiff, J & J Sports Productions, Inc.*
c/o Law Offices of Thomas P. Riley, P.C.
Attention: Thomas P. Riley
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Telephone: (626) 799-9797
Facsimile:  (626) 799-9795

1  ***Defendant,*** Pamela M. Tejada, individually and d/b/a Kadok's House of Mami-Siopao & BBQ
2  807 Aldo Avenue, Suite 105
3  Santa Clara, CA 95054

4  ***Defendant,*** Ricardo R. Tejada, individually and d/b/a Kadok's House of Mami-Siopao & BBQ
5  807 Aldo Avenue, Suite 105
6  Santa Clara, CA 95054

7
8
9  Dated: 1/16/08

                                      LAW OFFICES OF THOMAS P. RILEY, P.C.
10                                       By: Thomas P. Riley
11                                       Attorneys for Plaintiff
                                        J & J Sports Productions, Inc.
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28