THOMAS P. RILEY, ESQ., Bar No. 194706
THOMAS P. RILEY, LAW OFFICES OF
1114 FREMONT AVENUE
SOUTH PASADENA, CA 91030

tprlaw@att.net

Ref. No. or File No.

ATTORNEY FOR (Name):    PLAINTIFF    KADOKS HOUSE OF MIAMI 1/21/06

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
280 SOUTH FIRST STREET
SAN JOSE, CA 95113

PLAINTIFF/PETITIONER:

J & J SPORTS PRODUCTIONS, INC.

DEFENDANT/RESPONDENT:

TEJADA

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER: |
| --- | --- | --- | --- | --- |
| | | | | C08 00322 RMW RS |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the

SUMMONS IN A CIVIL CASE, COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AS TO INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER RE PRETRIAL PREPARATION; STANDING ORDER RE CASE MANAGEMENT IN CIVIL CASES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

3. a. Party served:    PAMELA M. TEJADA, INDIVIDUALLY AND D/B/A KADOK'S HOUSE OF MAMI-SIOPAO & BBQ

4. Address where the party was served:    2369 GIANERA STREET, #2004
   (Residence)    SANTA CLARA, CA 95054

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on:    January 29, 2008 at: 03:10 pm
   under the following Code of Civil Procedure section :

SERVICE MADE PURSUANT TO FRCP 4(e) (2)

7. **Person who served papers**
   a. **M. WEEKER**
   b. **ABSOLUTE SERVICE OF LOS ANGELES**
      1301 WEST SECOND STREET, SUITE 204
      LOS ANGELES, CA 90026
   c. (213) 481-7334

d. **The fee** for service was: $80.00
e. I am: (3) registered process server.
   (i) independent contractor
   (ii) Registration No.: 617
   (iii) County: SANTA CLARA

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: **February 7, 2008**

M. WEEKER