| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA  91030 | (626) 799-9797<br><br>tprlaw@att.net<br>Ref. No. or File No | |
| ATTORNEY FOR (Name): PLAINTIFF | KADOKS HOUSE OF MIAMI 1/21/06 | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
280 SOUTH FIRST STREET
SAN JOSE, CA  95113

PLAINTIFF/PETITIONER:
J & J SPORTS PRODUCTIONS, INC.

DEFENDANT/RESPONDENT:
TEJADA

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV | CASE NUMBER:<br>C08 00322 RMW RS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the

   SUMMONS IN A CIVIL CASE, COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AS TO INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER RE PRETRIAL PREPARATION; STANDING ORDER RE CASE MANAGEMENT IN CIVIL CASES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

3. a. Party served:                 PAMELA M. TEJADA, INDIVIDUALLY AND D/B/A KADOK'S HOUSE
                                    OF MAMI-SIOPAO & BBQ

4. Address where the party was served:   2369 GIANERA STREET, #2004
   (Residence)                           SANTA CLARA, CA  95054

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on:   January 29, 2008 at: 03:10 pm
   under the following Code of Civil Procedure section :
           SERVICE MADE PURSUANT TO FRCP 4(e)(2)

7. **Person who served papers**
   a. M. WEEKER
   b. ABSOLUTE SERVICE OF LOS ANGELES
      1301 WEST SECOND STREET, SUITE 204
      LOS ANGELES, CA 90026
   c. (213) 481-7334

   d. **The fee** for service was: $80.00
   e. I am: (3) registered process server.
      (i) independent contractor
      (ii) Registration No.: 617
      (iii) County: SANTA CLARA

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 14, 2008

_____
M. WEEKER

Judicial Council form POS-010 Rev. 01/01/07

PROOF OF SERVICE

38473-1/asgsmp