| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA  91030 | (626) 799-9797<br><br>tprlaw@att.net<br>Ref. No. or File No. | |
| ATTORNEY FOR (Name):  PLAINTIFF | KADOKS HOUSE OF MIAMI 1/21/06 | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
280 SOUTH FIRST STREET
SAN JOSE, CA  95113

PLAINTIFF/PETITIONER:
J & J SPORTS PRODUCTIONS, INC.

DEFENDANT/RESPONDENT:
TEJADA

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C08 00322 RMW RS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the

   SUMMONS IN A CIVIL CASE, COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AS TO INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER RE PRETRIAL PREPARATION; STANDING ORDER RE CASE MANAGEMENT IN CIVIL CASES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

3. a. Party served:    RICARDO R. TEJADA, INDIVIDUALLY AND D/B/A KADOK'S HOUSE OF MIAMI-SIIOPAO & BBQ

4. Address where the party was served:    2369 GIANERA STREET, #2004
   SANTA CLARA, CA  95054

5. I served the party
   b. **by substituted service.** On:    February 5, 2008 at: 08:05 pm I left the documents listed in item 2
   with or in the presence of    PAM TEJADA - SPOUSE & CO-OCCUPANT
   (2) **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.
   under the following Code of Civil Procedure section :
       SERVICE MADE PURSUANT TO FRCP 4(e)(2)

7. **Person who served papers**
   a. M. WEEKER
   b. ABSOLUTE SERVICE OF LOS ANGELES
      1301 WEST SECOND STREET, SUITE 204
      LOS ANGELES, CA 90026
   c. (213) 481-7334

   d. **The fee** for service was:  $95.00
   e. I am: (3) registered California process server.
       (i) independent contractor
       (ii) Registration No.: 617
       (iii) County: SANTA CLARA

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 14, 2008

M. WEEKER

Judicial Council form POS-010 Rev. 01/01/07                **PROOF OF SERVICE**                08473-2/ssgensco

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | | | | FOR COURT USE ONLY |
|---|---|---|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA 91030 | (626) 799-9797 | | | | |
| | tprlaw@att.net | | | | |
| ATTORNEY FOR (Name): | Ref. No. or File No. | | | | |
| PLAINTIFF | KADOKS HOUSE OF MIAMI 1/21/06 | | | | |

Insert name of court, judicial district or branch court, if any

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
280 SOUTH FIRST STREET
SAN JOSE, CA 95113

PLAINTIFF
J & J SPORTS PRODUCTIONS, INC.

DEFENDANT
TEJADA

| DECLARATION<br>RE: DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER<br>C08 00322 RMW RS |
|---|---|---|---|---|

I received the within process on January 25, 2008 and that after due and diligent effort I have been unable to personally serve said party. The following itemization of the dates and times of attempts details the efforts made to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Party Served: RICARDO R. TEJADA, INDIVIDUALLY AND D/B/A KADOK'S HOUSE OF MIAMI-SIIOPAO & BBQ

Residence: 2369 GINERA STREET, #2004, SANTA CLARA, CA 95054

Business: Business address was not known at the time of service.

As enumerated below:

January 29, 2008    03:10 pm
NOT HOME (RESIDENCE) PER OCCUPANT.

January 31, 2008    06:25 am
NOT HOME (RESIDENCE) PER OCCUPANT.

February 5, 2008    08:04 pm
NO ANSWER (RESIDENCE).

February 5, 2008    08:05 pm
NOT HOME (RESIDENCE) PER RAM TEJADA, SPOUSE AND CO-OCCUPANT.
SUBSTITUTED SERVICE. RECIPIENT INSTRUCTED TO DELIVER DOCUMENTS TO DEFENDANT AS NAMED.

Person who served papers
M. WEEKER
ABSOLUTE SERVICE OF LOS ANGELES
1301 WEST SECOND STREET, SUITE 204
LOS ANGELES, CA 90026
(213) 481-7334

The fee for service was: $95.00
I am: registered California process server,
independent contractor
Registration No.: 617
County: SANTA CLARA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 14, 2008

M. WEEKER

DECLARATION REGARDING DILIGENCE            Judicial Council form POS-0-C

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | Ref. No. or File No. | FOR COURT USE ONLY |
|---|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA 91030 | (626) 799-9797 | tprlaw@att.net<br>KADOKS HOUSE OF MIAMI 1/21/06 | |

ATTORNEY FOR (Name): **PLAINTIFF**

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
280 SOUTH FIRST STREET
SAN JOSE, CA 95113

PLAINTIFF/PETITIONER:
J & J SPORTS PRODUCTIONS, INC.

DEFENDANT/RESPONDENT:
TEJADA

| | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| **PROOF OF SERVICE BY MAIL** | | | | C08 00322 RMW RS |

I am a citizen of the United States and employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1301 West Second Street, Suite 204, Los Angeles, CA 90026.

On February 6, 2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AS TO INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER RE PRETRIAL PREPARATION; STANDING ORDER RE CASE MANAGEMENT IN CIVIL CASES; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as follows:

RICARDO R. TEJADA, INDIVIDUALLY AND D/B/A KADOK'S HOUSE OF MIAMI-SIIOPAO & BBQ
2369 GINERRA STREET, #2004
SANTA CLARA, CA 95054

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

| Person who served papers | The fee for service was: $95.00 |
|---|---|
| M. MANCHESTER<br>ABSOLUTE SERVICE OF LOS ANGELES<br>1301 WEST SECOND STREET, SUITE 204<br>LOS ANGELES, CA 90026<br>(213) 481-7334 | I am: registered California process server.<br>employee<br>Registration No.: 5211<br>County: LOS ANGELES |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 14, 2008

*/s/ M. Manchester*

M. MANCHESTER