1  RODEL E. RODIS, ESQ. (SBN 095965)
   LAW OFFICES OF RODEL E. RODIS
2  2429 Ocean Avenue
   San Francisco, CA 94127
3  Telephone:  415-334-7800
4  Facsimile:  415-334-7855

5  Attorney for Defendants
   PAMELA M. TEJADA and
6  RICARDO R. TEJADA

7

**FILED**

2008 MAY 15  A 11: 15

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

8

9              UNITED STATES DISTRICT COURT

10         FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  J & J SPORTS PRODUCTIONS, INC.,        CASE No. C08 00322 RMW

12          Plaintiff,                      **DEFENDANTS' ANSWER TO PLAINTIFFS'
                                            COMPLAINT FOR DAMAGES**
13      vs.

14  PAMELA M. TEJADA AND RICARDO R.         Judge:  The Honorable Ronald M. Whyte
    TEJADA, INDIVIDUALLY AND D/B/A
15  KADOK'S HOUSE OF MAMI-SIOPAO &          Complaint Filed:  January 17, 2008
    BBQ,
16                                          Trial Date:  None set.

17          Defendants.

18      ///

19
        ///
20

21      Defendants PAMELA M. TEJADA and RICARDO R. TEJADA, individually and d/b/a

22  KADOK'S HOUSE OF MAMI-SIOPAO & BBQ ("Defendants"), by and through their undersigned

23  counsel, hereby answer the allegations contained in Plaintiff's Complaint for Damages ("Complaint")

24  in accordance with the numbered paragraphs as follows.  As to each and every allegation denied for

25  lack of information and belief, Defendants are without knowledge or information sufficient to form a

26  belief as to the truth of the allegation, and on that ground deny such allegation.

27

28

DEFENDANTS' ANSWER TO
PLAINTIFF'S COMPLAINT                                                                        -1-

**JURISDICTION**

1. The allegations of Paragraph 1 consist of legal conclusions, requiring no response. To the extent that a response is required, Defendants deny those allegations.

2. Defendants admit that federal district courts have subject matter jurisdiction over claims that present a federal question and arise under the laws of the United States pursuant to 28 U.S.C. § 1331. Defendants deny the remaining allegations contained in Paragraph 2 of the Complaint.

3. Defendants admit that this Court has personal jurisdiction over the parties. Defendants deny the remaining allegations contained in Paragraph 3 of the Complaint.

**VENUE**

4. Defendants admit that venue is proper in the United States District Court, Northern District of California. Defendants deny all remaining allegations contained in Paragraph 4 of the Complaint.

**INTRADISTRICT ASSIGNMENT**

5. Defendants admit that assignment to the San Jose Division is proper. Defendants deny all remaining allegations contained in Paragraph 5 of the Complaint.

**THE PARTIES**

6. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6 of the Complaint.

7. Defendants deny each and every allegation in Paragraph 7 of the Complaint.

8. Defendants deny each and every allegation in Paragraph 8 of the Complaint.

**COUNT 1**

9. Defendants incorporate by reference its responses contained in Paragraphs 1 through 8, inclusive, of the Answer to the Complaint.

10. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10 of the Complaint.

11. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11 of the Complaint.

12. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12 of the Complaint.

13. Defendants deny each and every allegation in Paragraph 13 of the Complaint.

14. The allegations of Paragraph 14 are legal conclusions, requiring no response. Defendants deny all remaining allegations contained in Paragraph 14 of the Complaint.

15. Defendants deny each and every allegation in Paragraph 15 of the Complaint.

16. Defendants deny each and every allegation in Paragraph 16 of the Complaint.

17. Defendants deny each and every allegation in Paragraph 17 of the Complaint.

## COUNT II

18. Defendants incorporate by reference its responses contained in Paragraphs 1 through 17, inclusive, of the Answer to the Complaint.

19. Defendants deny each and every allegation in Paragraph 19 of the Complaint.

20. Defendants deny each and every allegation in Paragraph 20 of the Complaint.

21. Defendants deny each and every allegation in Paragraph 21 of the Complaint.

22. Defendants deny each and every allegation in Paragraph 22 of the Complaint.

## COUNT III

23. Defendants incorporate by reference its responses contained in Paragraphs 1 through 22, inclusive, of the Answer to the Complaint.

24. Defendants deny each and every allegation in Paragraph 24 of the Complaint.

25. Defendants deny each and every allegation in Paragraph 25 of the Complaint.

26. Defendants deny each and every allegation in Paragraph 26 of the Complaint.

## PRAYER FOR RELIEF

27.  Defendants deny that Plaintiff is entitled to any type of remedy, relief or damages of any kind, including the relief requested in Plaintiff's prayer for relief.

## GENERAL DENIAL

28.  Defendant denies each and every allegation of the Complaint except those not specifically admitted herein.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE: Failure to State a Claim

29.  The Complaint and each alleged claim for relief fail, in whole or in part, to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE: Estoppel

30.  All claims for relief alleged against Defendants in the Complaint are barred, in whole or in part, by the doctrine of estoppel.

### THIRD AFFIRMATIVE DEFENSE: Laches

31.  All claims for relief alleged against Defendants in the Complaint are barred, in whole or in part, by the doctrine of laches.

### FOURTH AFFIRMATIVE DEFENSE: Waiver

32.  All claims for relief alleged against Defendants in the Complaint are barred, in whole or in part, by the doctrine of waiver.

## RESERVATION OF RIGHTS

33.  Defendants reserve the right to assert such additional affirmative defenses that may appear and prove applicable during the course of this litigation.

**WHEREFORE, Defendants pray for judgment against the named Plaintiff as follows:**

DEFENDANTS' ANSWER TO
PLAINTIFF'S COMPLAINT

-4-

1    1. For the named Plaintiff to take nothing by reason of the Complaint on file herein and that

2    the same be dismissed;

3    2. For the attorneys' fees and costs of suit incurred by Defendants; and,

4    3. For such other and further relief as the Court may deem just and proper.

5

6

7    Dated:  May 8, 2008                                   Respectfully submitted,

8

9                                                          RODEL E. RODIS
                                                           Attorney for Defendants
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' ANSWER TO
PLAINTIFF'S COMPLAINT                                      -5-

1

2                            **PROOF OF SERVICE**

3          The undersigned  is a US citizen and employed in the city and county of San Francisco,

4    California and is a person of such age and discretion as to be competent to serve papers.

5    The undersigned further certifies that she is causing a copy of:

6

     **DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT FOR DAMAGES**

7

8    to be served on the below date to the party (ies) in this action, by placing a true copy thereof, addressed
     as follows:

9

10                         Thomas P. Riley, Esq.
                           Law Offices of Thomas P. Riley
11                         1114 Fremont Avenue
                           South Pasadena, CA 91030-3227
12                         FAX (626) 799-9795

13

14

15          _____X_____  (By Mail), I caused such copy to be delivered by mail to the person or
                         offices of each addressee above.
16                  X
17          _____  (By Fax), I caused such copy to be transmitted through fax to the
                        person or offices of each addressee above.
18
            _____  (By Courier), I caused such copy to be personally delivered to the
19                      person or offices of each addressee above.

20          I declare under the penalty of perjury under the laws of the State of California that the foregoing

21    is true and correct.

22

23    DATED: May 13, 2008

24

25

26

27                                               MELISSA ANNE BURKS

28