UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: May 23, 2008

Case No. C-08-00322-RMW        JUDGE: Ronald M. Whyte

J & J SPORTS PRODUCTIONS, INC.        -V- PAMELA M. TEJADA, et al.
Title

A. Passaretti (Appearing Specially for T. Riley)    No Appearance
Attorneys Present (Plaintiff)                        Attorneys Present (Defendant)

COURT CLERK: Jackie Garcia            COURT REPORTER: Not Reported

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held. No appearance by defense counsel. The Court ordered the parties to do limited discovery: 2 depositions per side; 1 set of interrogatories (not to exceed 15 questions). The Court set a Further Case Management Conference for 7/25/08 @ 10:30 AM. Counsel are ordered to make a personal appearance at the next CMC. Plaintiff to prepare order following the conference.