Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br>    Plaintiff, <br><br> vs. <br><br> Pamela Tejada, et al. <br><br>    Defendants. | Case No. 2:08-0322-RMW <br><br> ORDER (Proposed) |

On Friday, May 23, 2008 the about entitled matter was called for a Case Management Conference before the Court. Attorney Anthony P. Passaretti specially appeared on a behalf of the Plaintiff J & J Sports Productions, Inc. There was no appearance made by either one of the named Defendants (Pamela Tejada and Ricardo Tejada) or their counsel of record.

**WHEREFORE**, the Court orders the following:

1. Plaintiff's counsel Thomas P. Riley and defense counsel Rodel E. Rodis are ordered to appear *personally* at a further Case Management Conference before the Court on Friday, July 25, 2008 at 10:30 AM.

2. From the date of this order up to and including July 25, 2008, the

ORDER (Proposed)
CASE NO. 2:08-0322-RMW

parties will be limited to propounding fifteen (15) interrogatories and conducting two (2) depositions per side except for where good cause is shown and thereafter permitted by order of the Court. (Any depositions previously noticed or discovery requests previously served will not be disturbed).

      Plaintiff shall serve a copy of this order on defense counsel and thereafter file a Certificate of Service of order evidencing same.

**IT IS SO ORDERED:**

Dated:

_____
**The Honorable Ronald M. Whyte**
**United States District Court Judge**
**Northern District of California**

LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

ORDER (Proposed)
CASE NO. 2:08-0322-RMW