Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795

Attorneys for Plaintiff
J & J Sports Productions, Inc.

*E-FILED - 6/11/08*

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Pamela Tejada, et al. <br><br> Defendants. | Case No. 2:08-0322-RMW <br><br> ORDER () |

On Friday, May 23, 2008 the about entitled matter was called for a Case Management Conference before the Court. Attorney Anthony P. Passaretti specially appeared on a behalf of the Plaintiff J & J Sports Productions, Inc. There was no appearance made by either one of the named Defendants (Pamela Tejada and Ricardo Tejada) or their counsel of record.

**WHEREFORE**, the Court orders the following:

1. Plaintiff's counsel Thomas P. Riley and defense counsel Rodel E. Rodis are ordered to appear *personally* at a further Case Management Conference before the Court on Friday, July 25, 2008 at 10:30 AM.

2. From the date of this order up to and including July 25, 2008, the

ORDER (
CASE NO. 2:08-0322-RMW

1  parties will be limited to propounding fifteen (15) interrogatories and conducting two (2) depositions per
2  side except for where good cause is shown and thereafter permitted by order of the Court. (Any
3  depositions previously noticed or discovery requests previously served will not be disturbed).
4        Plaintiff shall serve a copy of this order on defense counsel and thereafter file a Certificate of
5  Service of order evidencing same.

7  **IT IS SO ORDERED:**

*Ronald M. Whyte*    Dated: 6/11/08

**The Honorable Ronald M. Whyte**
**United States District Court Judge**
**Northern District of California**

ORDER ()
CASE NO. 2:08-0322-RMW