**Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030**

**Tel: 626-977-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

<strong>UNITED STATES DISTRICT COURT</strong>
<strong>NORTHERN DISTRICT OF CALIFORNIA</strong>

| | |
|---|---|
| **J & J Sports Productions, Inc.,** | **Case No. CV 08-0322 RMW-RS** |
| **Plaintiff,** | **CERTIFICATE OF SERVICE OF ORDER** |
| **vs.** | |
| **Pamela M. Tejada, et al,** | |
| **Defendant.** | |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR**

**ATTORNEYS OF RECORD:**

On July 7, 2008, Plaintiff's counsel duly served a true and correct copy of the enclosed

Order upon all Parties of record or their counsel.

Respectfully submitted,

Dated: July 7, 2008          */s/ Thomas P. Riley*
                              **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                              By: Thomas P. Riley
                              Attorneys for Plaintiff
                              J & J Sports Productions, Inc.

Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795

**Attorneys for Plaintiff**                           *E-FILED - 6/11/08*
**J & J Sports Productions, Inc.**

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J Sports Productions, Inc.,** | **Case No. 2:08-0322-RMW** |
| **Plaintiff,** | **ORDER ()** |
| **vs.** | |
| **Pamela Tejada, et al.** | |
| **Defendants.** | |

On Friday, May 23, 2008 the about entitled matter was called for a Case Management Conference before the Court.  Attorney Anthony P. Passaretti specially appeared on a behalf of the Plaintiff J & J Sports Productions, Inc.  There was no appearence made by either one of the named Defendants (Pamela Tejada and  Ricardo Tejada) or their counsel of record.

**WHEREFORE**, the Court orders the following:

1.   Plaintiff's counsel Thomas P. Riley and defense counsel Rodel E. Rodis are ordered to appear *personally* at a further Case Management Conference before the Court on Friday, July 25, 2008 at 10:30 AM.

2.   From the date of this order up to and including July 25, 2008, the

ORDER (
CASE NO. 2:08-0322-RMW

Page 1 of 2

LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

1   parties will be limited to propounding fifteen (15) interrogatories and conducting two (2) depositions per

2   side except for where good cause is shown and thereafter  permitted by order of the Court.  (Any

3   depositions previously noticed or discovery requests previously served will not be disturbed).

4       Plaintiff shall serve a copy of this order on defense counsel and thereafter file a Certificate of

5   Service of order evidencing same.

6

7   **IT IS SO ORDERED:**

8

9

10

11

12

13   _Ronald M. Whyte_ _____        Dated:  6/11/08

14   **The Honorable Ronald M. Whyte**
     **United States District Court Judge**
15   **Northern District of California**

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On July 7, 2008, I served:

**CERTIFICATE OF SERVICE OF ORDER**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Rodel E. Rodis, Esquire                    Attorneys for Defendants
LAW OFFICES OF RODEL E. RODIS
2429 Ocean View
San Francisco, CA 94127

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 7, 2008, at South Pasadena, California.

Dated:  July 7, 2008                    */s/ Emily Stewart*
                                        EMILY STEWART