UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: July 25, 2008

Case No. C-08-00322-RMW          JUDGE: Ronald M. Whyte

J & J SPORTS PRODUCTIONS, INC.          -V- PAMELA M. TEJADA, et al.
Title

T. Riley                                                              No Appearance
Attorneys Present (Plaintiff)                        Attorneys Present (Defendant)

COURT CLERK: Jackie Garcia                COURT REPORTER: Not Reported

PROCEEDINGS

FURTHER CASE MANAGEMENT CONFERENCE

ORDER AFTER HEARING

Hearing Held. No appearance was made by defense counsel. The Court to issue an order to show cause for failure to appear at two CMCs and as to why default should not be entered. The Court set a OSC hearing for 8/22/08 @ 9:00 AM. The Court set a schedule: Jury Trial set for 8/3/09 @ 1:30 pm; Pretrial Conference set for 7/23/09 @ 2:00 pm; Joint Pretrial Statement due 7/10/09; Hearing on Dispositive Motions set for 7/3/09 @ 9:00 AM; All discovery to close on 6/15/09. Plaintiff to prepare order following the conference.