1

2

3          IN THE UNITED STATES DISTRICT COURT

4          FOR THE NORTHERN DISTRICT OF CALIFORNIA

5          SAN JOSE DIVISION

6

J & J SPORTS PRODUCTIONS, INC.,

7                    Plaintiff,

8          v.

9

PAMELA M. TEJADA, et al.,

10                   Defendants.

11

***E-FILED - 7/25/08***

CASE NO.: C-08-00322 RMW

ORDER TO SHOW CAUSE WHY DEFAULT
SHOULD NOT BE ENTERED

12          This matter came on regularly for a Case Management Conference on May 23, 2008 and July

13    25, 2008. Defendants failed to appear at both Case Management Conferences.  Therefore,

14          IT IS HEREBY ORDERED that said defendants appear on August 22, 2008 at 9:00 a.m. in

15    courtroom 6 of this court and show cause WHY THEIR DEFAULTS AND DEFAULT

16    JUDGMENTS AGAINST THEM SHOULD NOT BE ENTERED for failure to appear at the Case

17    Management Conferences.  In addition to appearing on August 22, 2008, defendants must file and

18    serve on plaintiff's counsel by August 18, 2008, a declaration or affidavit under oath explaining why

19    he failed to appear at the Case Management Conference.

20       IF DEFENDANTS FAIL TO SHOW GOOD REASON FOR THEIR FAILURES, A DEFAULT

21    AND DEFAULT JUDGMENT WILL BE ENTERED AGAINST THEM UPON APPLICATION

22    BY J & J SPORTS PRODUCTIONS, INC.

23

24    DATED: 7/25/08

25                                                    *Ronald M Whyte*

26                                                    RONALD M. WHYTE
                                                     United States District Judge

27

28

ORDER TO SHOW CAUSE
NO. C-08-00322 RMW

1

1

2  Copy of Order E-Filed to Counsel of Record:

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER TO SHOW CAUSE
NO. C-08-00322 RMW