1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

                    Plaintiff,

          V.

PAMELA M. TEJADA, et al.,

                    Defendant.

*E-FILED - 8/8/08*

CASE NO.: C-08-00322-RMW

**CLERK'S NOTICE OF CONTINUANCE**

**NEW DATE: SEPTEMBER 5, 2008**

**TIME: 9:00 AM**

PLEASE TAKE NOTICE that, on the court's own motion, **ORDER TO SHOW CAUSE HEARING,** calendared for August 22, 2008, has been continued to the date and time set forth above.  The parties are to appear before the Honorable Ronald M. Whyte in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California, unless notified that the matter will be submitted without argument.

Plaintiff shall give written notice to counsel for all parties of the new date of the hearing after receipt of this notice.  Following service, the plaintiff shall file a certificate of service with the Clerk of the Court.


DATED:  August 8, 2008


                                        BY: _/s/ Jackie Garcia_____
                                              JACKIE GARCIA
                                              Courtroom Deputy for
                                              Honorable Ronald M. Whyte

1    Copy of Order E-Filed to Counsel of Record:

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28