Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-977-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., | Case No. CV 08-0322 RMW-RS |
| Plaintiff, | CERTIFICATE OF SERVICE OF ORDER |
| vs. | |
| Pamela M. Tejada, et al, | |
| Defendants. | |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

On August 11, 2008, Plaintiff's counsel duly served a true and correct copy of the enclosed Order upon all Parties of record or their counsel.

Respectfully submitted,

Dated:  August 11, 2008        */s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>  Plaintiff,<br><br>  V.<br><br>PAMELA M. TEJADA, et al.,<br><br>  Defendant. | ***E-FILED - 8/8/08***<br><br>CASE NO.: C-08-00322-RMW<br><br>**CLERK'S NOTICE OF CONTINUANCE**<br><br>**NEW DATE: SEPTEMBER 5, 2008**<br><br>**TIME: 9:00 AM** |

PLEASE TAKE NOTICE that, on the court's own motion, **ORDER TO SHOW CAUSE HEARING,** calendared for August 22, 2008, has been continued to the date and time set forth above. The parties are to appear before the Honorable Ronald M. Whyte in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California, unless notified that the matter will be submitted without argument.

Plaintiff shall give written notice to counsel for all parties of the new date of the hearing after receipt of this notice. Following service, the plaintiff shall file a certificate of service with the Clerk of the Court.

DATED: August 8, 2008

BY: */s/ Jackie Garcia*
JACKIE GARCIA
Courtroom Deputy for
Honorable Ronald M. Whyte

1  Copy of Order E-Filed to Counsel of Record:

1  Copy of Order E-Filed to Counsel of Record:
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE (SERVICE BY MAIL)**

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On August 11, 2008, I served:

**CERTIFICATE OF SERVICE OF ORDER**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Rodel E. Rodis, Esquire          Attorneys for Defendants
LAW OFFICES OF RODEL E. RODIS
2429 Ocean View
San Francisco, CA 94127

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 11, 2008, at South Pasadena, California.

Dated: August 11, 2008          /s/ Emily Stewart
                                EMILY STEWART