**E-FILED on**   8/26/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>PAMELA M. TEJADA and RICARDO R. TEHADA, individually and d/b/a KADOK'S HOUSE OF MAMI-SIOPAU & BBQ,<br><br>    Defendants. | No. C-08-00322 RMW<br><br>ORDER CONVERTING ORDER TO SHOW CAUSE HEARING TO A CASE MANAGEMENT CONFERENCE<br><br>**[Re Docket No. 15]** |

On July 25, 2008, the court issued an order to show cause ordering defendants to appear on August 22, 2008 at 9:00 a.m. to show cause why default and default judgment should not be entered against them for failure to appear at two separate case management conferences ("CMCs"). The show cause hearing was moved on the court's own motion to September 5, 2008. On August 19, 2008, defendants' counsel submitted a declaration explaining that his failure to appear at the first CMC was due to a calendaring error and his failure to appear at the second CMC was the result of having hearings scheduled in two separate courts (one here and the other in Redwood City) with insufficient time between them.

The court finds defendants have presented sufficient cause to avoid the entry of default and default judgment at this time. The court hereby converts the order to show cause hearing currently scheduled for 9:00 a.m. on September 5, 2008 to a case management conference, which will be heard on the court's 10:30 calendar.

To be clear, unless otherwise stipulated or changed by the court's own order, the parties are now to appear on Friday, September 5, 2008 at 10:30 a.m. in courtroom 6 of this court for a case management conference. In advance of that case management conference, the parties shall file a joint case management statement no later than August 29, 2008. Further failures by defendants to appear at scheduled hearings or conferences may result in sanctions including attorney's fees or entry of default or default judgment against defendants.

DATED:     8/26/08

RONALD M. WHYTE  
United States District Judge

ORDER CONVERTING ORDER TO SHOW CAUSE HEARING TO A CASE MANAGEMENT CONFERENCE—No. C-08-00322 RMW
MAG                                             2

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Thomas Peter Riley           tprlaw@att.net

**Counsel for Defendants:**

Rodel E. Rodis              Rodel50@aol.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   8/26/08                              /s/ MAG
                                        **Chambers of Judge Whyte**