1  THOMAS P. RILEY, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel:  626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Production, Inc.
7

8               UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| J & J Sports Productions, Inc., | Case No. 5:08-CV-00322-RMW |
| Plaintiff, | ORDER (Proposed) |
| vs. | |
| Pamela Tejada, et al. | |
| Defendants. | |

**THE COURT HEREBY ISSUES THE FOLLOWING SCHEDULING ORDER IN THE ABOVE-ENTITLED ACTION:**

   a. Jury Trial set for 8/3/09 at 1:30 p.m.
   b. Pretrial Conference set for 7/23/09 at 2:00 p.m.
   c. Joint Pretrial Conference Statement due 7/10/09.
   d. Final Hearing Date for Dispositive Motions set for 7/3/09 at 9:00 a.m.
   e. All Discovery to close on 6/15/09.

**ITS SO ORDERED**:

_____          Dated:_____

**The Honorable Ronald M. Whyte**
**United States District Court**
**Northern District of California**

ORDER (Proposed)
5:08-CV-00322-RMW
PAGE 1

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

September 2, 2008 I served:

**ORDER (Proposed)**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

| | |
|---|---|
| Mr. Rodel E. Rodis, Esquire<br>**LAW OFFICES OF RODEL E. RODIS**<br>2429 Ocean Avenue<br>San Francisco, CA 94127 | Attorney for Defendants |

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on September 2, 2008, at South Pasadena, California.

Dated: September 2, 2008             */s/ Andrea Chavez*
                                      **ANDREA CHAVEZ**