UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: September 5, 2008

Case No. C-08-00322-RMW        JUDGE: Ronald M. Whyte

J & J SPORTS PRODUCTIONS, INC.        -V- PAMELA M. TEJADA, et al.
Title

T. Riley via Phone                                              R. Rodis
Attorneys Present (Plaintiff)                        Attorneys Present (Defendant)

COURT CLERK: Jackie Garcia                COURT REPORTER: Not Reported

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held. A schedule has been set in this matter. Defense counsel was present for the hearing, the Court will not enter default. No further action is necessary.