THOMAS P. RILEY, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

*E-FILED - 9/10/08*

Attorneys for Plaintiff
J & J Sports Production, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., | Case No. 5:08-CV-00322-RMW |
| Plaintiff, | ORDER () |
| vs. | |
| Pamela Tejada, et al. | |
| Defendants. | |

THE COURT HEREBY ISSUES THE FOLLOWING SCHEDULING ORDER

IN THE ABOVE-ENTITLED ACTION:

    a.  Jury Trial set for 8/3/09 at 1:30 p.m.

    b.  Pretrial Conference set for 7/23/09 at 2:00 p.m.

    c.  Joint Pretrial Conference Statement due 7/10/09.

    d.  Final Hearing Date for Dispositive Motions set for 7/3/09 at 9:00 a.m.

    e.  All Discovery to close on 6/15/09.

ITS SO ORDERED:

_Ronald M. Whyte_

_____

The Honorable Ronald M. Whyte
United States District Court
Northern District of California

Dated:_9/10/08_____

ORDER ()
5:08-CV-00322-RMW
PAGE 1

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

September 2, 2008 I served:

**ORDER (Proposed)**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Rodel E. Rodis, Esquire                         Attorney for Defendants
**LAW OFFICES OF RODEL E. RODIS**
2429 Ocean Avenue
San Francisco, CA 94127

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on September 2, 2008, at South Pasadena, California.

Dated: September 2, 2008                          */s/ Andrea Chavez*
                                                            **ANDREA CHAVEZ**

**ORDER (
5:08-CV-00322-RMW
PAGE 2**