Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

***E-FILED - 7/30/09***

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., Plaintiff, vs. Pamela M. Tejada, et al., Defendants. | CASE NO. CV 08-0322 RMW-RS<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS PAMELA M. TEJADA AND RICARDO R. TEJADA, individually and d/b/a KADOK'S HOUSE OF MAMI-SIOPAO & BBQ AND ORDER |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants PAMELA M. TEJADA and RICARDO R. TEJADA, individually and d/b/a Kadok's House of Mami-Siopao & BBQ, that the above-entitled action is hereby dismissed **without prejudice** against PAMELA M. TEJADA and RICARDO R. TEJADA, individually and d/b/a Kadok's House of Mami-Siopao & BBQ and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

///

///

///

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by June 10, 2010, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: July 29, 2009

**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: 7/29/09

**LAW OFFICES OF RODEL E. RODIS**
By: Rodel E. Rodis
Attorneys for Defendants PAMELA M. TEJADA and RICARDO R. TEJADA, individually and d/b/a KADOK'S HOUSE OF MAMI-SIOPAO & BBQ

**IT IS SO ORDERED:**

**The Honorable Ronald M. Whyte**
**United States District Court**
**Northern District of California**

Dated: 7/30/09

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On July 29, 2009, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT RICARDO R. TEJADA, individually and d/b/a KADOK'S HOUSE OF MAMI-SIOPAO & BBQ**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Rodel E. Rodis, Esquire
LAW OFFICES OF RODEL E. RODIS
2429 Ocean Avenue
San Francisco, CA 94127

Attorneys for Defendants

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 29, 2009, at South Pasadena, California.

Dated: July 29, 2009

INESA MAMIDJANYAN